50 A.3d 8

FRATERNAL ORDER OF POLICE LODGE 35, et al.

v.

MONTGOMERY COUNTY, MARYLAND, et al.

No. 132, Sept. Term, 2011.

Court of Appeals of Maryland.

Aug. 17, 2012.

Francis J. Collins (David Gray Wright and Patricia A. Ramudo of Kahn, Smith & Collins, P.A., Baltimore, MD), on brief, for Appellants/Cross–Appellee.

Jonathan S. Shurberg (Jonathan S. Shurberg, P.C., Silver Spring, MD), on brief, for Appellees/Cross–Appellants.

Karen L. Federman Henry, Division Chief (Marc P. Hansen, Co. Atty., Erin Ashbarry, Associate Co. Atty., and Silvia C. Kinch, Associate Co. Atty., Rockville, MD), on brief, for Appellees/Cross–Appellants.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA and McDONALD, JJ.

## ORDER

PER CURIAM ORDER.

For reasons to be stated in an opinion later to be filed, it is this 17th day of August, 2012,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the judgment of the Circuit Court for Montgomery County be, and it is hereby, reversed. Costs to be paid by the Appellees. Mandate to issue forthwith.